FILED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 06 2025

JEFFREY P. ALLSTEADT, CLERK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Tyler Bonner | ) | Case No.  25-06922 |
| Debtors. | ) | Judge Deborah L. Thorne |
| | ) | Chapter [7] |
| | ) | |
| | ) | |
| | ) | Trustee- Steven R Radtke |
| | ) | |
| Tyler Bonner | ) | |
| Plaintiff, | ) | Adversary Pro. |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF EDUCATION, [et al.], | ) | |
| | ) | |
| Defendant[s]. | ) | |
| | ) | |

**COMPLAINT FOR FULL DISCHARGE OF ALL STUDENT LOANS OWED BY THE
PLAINTIFF FOR UNDUE HARDSHIP.**

### Preliminary Statement

1. This is a complaint for full discharge of all student loans owed by the plaintiff pursuant to 11 U.S.C. §523(a)(8), student loan.

### Jurisdiction and Venue

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334 and § 157 in that this action arises in and relates to the bankruptcy case, In re Tyler Bonner, Case No. 25-06922, filed on 05/05/2025, and presently pending before this Court. This proceeding is a core proceeding under 28 USC section  157(b)(2).

3. Venue is proper in this district under 28 USC section 1409 via Zoom on 07/16/25 at 1:15 PM.

4. The plaintiff agrees to entry of final orders or judgment by the bankruptcy court.

### Parties

5. The plaintiff is Tyler Bonner who resides in Cook County, Illinois.

6. The defendant is United States Department of Education.

### Statement of Facts

7. The plaintiff filed Chapter 7 bankruptcy on 05/05/2025.

8. The plaintiff took out several student loans and the current balance is approximately 76,000

9. The plaintiff uses all income toward living expenses due to eviction and car repossession.

10. The plaintiff's loans have been in deferment status and a loan payment was made to lower the total balance owed.

11. The plaintiff's inability to find stable housing due to eviction will be present for the foreseeable future.

12. WHEREFORE, plaintiff prays that the Court:

    a. Fully discharge the student loans owed by the plaintiff.

Respectfully Submitted,

Tyler Bonner, Pro Se

Tyler Bonner
9249 S Cicero Ave Unit 28
Oak Lawn, IL 60454
708-620-4578

Form G16

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

B1040 (FORM 1040) (12/15)

JUN 06 2025

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

JEFFREY P. ALLSTEADT, CLERK

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Tyler Bonner | UNITED STATES DEPARTMENT OF EDUCATION, [et al.] |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Pro Se, Tyler Bonner<br>9249 S Cicero Ave 28<br>Oak Lawn, IL 60454 | |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ■ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee | ☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>■ Creditor   ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
This is a complaint for full discharge of all student loans owed by the plaintiff pursuant to 11 U.S.C. §523(a)(8), student loan.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
■ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

Discharge of student loan debt because of undue hardship

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Tyler Bonner | BANKRUPTCY CASE NO.<br>25-06922 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District of Illinois | DIVISION OFFICE<br>Eastern Division | NAME OF JUDGE<br>Deborah L. Thorne |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>Pro Se | | |
| DATE<br>06/06/25 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Tyler Bonner | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.