UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: TYLER BONNER, | ) | No. 25 B 6922 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| TYLER BONNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Thorne |
| v. | ) | |
| | ) | No. 25 A 179 |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## **ANSWER**

The United States Department of Education (Education), by its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, answering the specific allegations of plaintiff Tyler Bonner's complaint, admits, denies, or otherwise avers as follows:

1.  **Complaint:** This is a complaint for full discharge of all student loans owed by the plaintiff pursuant to 11 U.S.C. § 523(a)(8), student loan.

    **Response:** Admit.

2.  **Complaint:** This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334 and § 157 in that this action arises in and relates to the bankruptcy case, In re Tyler Bonner, Case No. 25-06922, filed on 05/05/2025, and presently pending this Court. This proceeding is a core proceeding under 28 USC section 157(b)(2).

    **Response:** Admit.

3.  **Complaint:** Venue is proper in this district under 28 USC section 1409 via Zoom on 06/18/25 at 1:15 PM.

    **Response:** Education admits that venue is proper in this district, but otherwise denies the allegations of paragraph 3.

4. **Complaint:** The plaintiff agrees to entry of final orders or judgment by the bankruptcy court.

**Response:** Admit.

5. **Complaint:** The plaintiff is Tyler Bonner who resides in Cook County, Illinois.

**Response:** Education lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 5; accordingly, they are denied.

6. **Complaint:** The defendant is United States Department of Education.

**Response:** Admit.

7. **Complaint:** The plaintiff filed Chapter 7 bankruptcy on 05/05/2025.

**Response:** Admit.

8. **Complaint:** The plaintiff took out several student loans and the current balance is approximately 76,000.

**Response:** Admit.

9. **Complaint:** The plaintiff uses all income toward living expenses due to eviction and car repossession.

**Response:** Education lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 9; accordingly, they are denied.

10. **Complaint:** The plaintiff's loans have been in deferment status and a loan payment was made to lower the total balance owed.

**Response:** Deny.

11. **Complaint:** The plaintiff's inability to find stable housing due to eviction will be present for the foreseeable future.

**Response:** Education lacks knowledge or information sufficient to form a belief about the truth of the allegations of paragraph 11; accordingly, they are denied.

WHEREFORE, the United States Department of Education requests that the case be dismissed with costs and that the court award such further relief as may be appropriate.

    Respectfully submitted,

    ANDREW S. BOUTROS
    United States Attorney

    By: s/ David H. DeCelles
        DAVID H. DECELLES
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-4220
        david.decelles@usdoj.gov

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, L.R. 7005-1, and the Administrative Procedures for the Case Management/Electronic Case Filing System, the following document:

ANSWER

was served on the following party by United States first-class mail on July 9, 2025:

Tyler Danielle Bonner
9249 S. Cicero Ave.
Unit 28
Oak Lawn, IL 60451

                                                s/ David H. DeCelles
                                                DAVID H. DECELLES
                                                Assistant United States Attorney
                                                219 South Dearborn Street
                                                Chicago, Illinois 60604
                                                (312) 353-4220
                                                david.decelles@usdoj.gov